UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY MONTE, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>CITY OF LODI, et al.,<br><br>　　　　Defendants. | No. 2:17-cv-0411 MCE DB<br><br><br>ORDER |

Plaintiffs Anthony Monte, Phil Monte, and Patricia Monte, proceeding through counsel, commenced this action on February 23, 2017, by filing a complaint and requests to proceed in forma pauperis. (ECF Nos. 1-4.) On March 1, 2017, the matter was referred to a United States Magistrate Judge for the resolution of plaintiffs' motions to proceed in forma pauperis. (ECF No. 5.)

On March 7, 2017, the magistrate judge filed findings and recommendations herein which were served on plaintiffs and which contained notice to plaintiffs that any objections to the findings and recommendations were to be filed within fourteen days after service of the findings and recommendations. The fourteen-day period has expired, and no plaintiff has filed any objections to the findings and recommendations.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

////

Accordingly, **IT IS HEREBY ORDERED** that:

1. The findings and recommendations filed March 7, 2017 (ECF No. 6) are ADOPTED in full; and

2. Plaintiff Anthony Monte's February 23, 2017 motion to proceed in forma pauperis (ECF No. 2) is denied and he is directed to pay the applicable filing fee within 30 days of the date of this order.

IT IS SO ORDERED.

Dated: April 18, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE