| | |
|---|---|
| 1 | **MAYALL HURLEY, P.C.** |
| | A Professional Corporation |
| 2 | 2453 Grand Canal Boulevard, Second Floor |
| | Stockton, California 95207-8253 |
| 3 | Telephone (209) 477-3833 |
| | MARK E. BERRY, ESQ. |
| 4 | CA State Bar No. 155091 |

Attorneys for Defendants,
CITY OF LODI (Erroneously duplicatively sued herein as
LODI POLICE DEPARTMENT),
BRIAN FREEMAN (sued herein as OFFICER B. FREEMAN, badge 14),
JORDAN LADO (sued herein as OFFICER J. LADO, badge 101),
AUSTIN BLYTHE (sued herein as OFFICER BLYTHE, badge 36),
Does I through 25

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY MONTE,
PHIL MONTE,
PATRICIA MONTE,

    Plaintiff(s),

vs.

CITY OF LODI,
LODI POLICE DEPARTMENT,
OFFICER B. FREEMAN, badge 14
OFFICER J. LADO, badge 101.
OFFICER BLYTHE, badge 36,
Does 1 through 25

    Defendant(s).

No. 2:17-CV-00411-MCE-DB

**ORDER**

Having read and considered the Stipulation of the parties and good cause having been shown, the parties' request is GRANTED in part. The Court's Initial Pretrial Scheduling Order (ECF No. 9) is hereby amended as follows:

_____
Order
Page 1

1. Within sixty (60) days of the electronic filing of the last Defendants' Answer(s), the parties shall meet and confer as required by Federal Rule of Civil Procedure 26(f) regarding their discovery plan.

2. All discovery, with the exception of expert discovery, shall be completed no later than three hundred sixty-five (365) days from the date of the electronic filing of the last Defendants' Answer(s).

3. All remaining dates shall be calculated based on the foregoing.

IT IS SO ORDERED.

Dated: May 23, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

_____
Order
Page 2