**BECKER LAW PRACTICE**
333 University Ave #200
Sacramento, CA 95825
(916) 591-5150
MATTHEW BECKER, ESQ.
CA State Bar No. 262816
MARION TITUS, ESQ.
CA State Bar No. 278032

Attorneys for Plaintiffs, ANTHONY MONTE, PHIL MONTE and PATRICIA MONTE


**MAYALL HURLEY, P.C.**
A Professional Corporation
2453 Grand Canal Boulevard, Second Floor
Stockton, California 95207-8253
Telephone (209) 477-3833
MARK E. BERRY, ESQ.
CA State Bar No. 155091

Attorneys for Defendant,
CITY OF LODI (Erroneously duplicatively sued herein as
LODI POLICE DEPARTMENT),
BRIAN FREEMAN (sued herein as OFFICER B. FREEMAN, badge 14),
JORDAN LADO (sued herein as OFFICER J. LADO, badge 101),
AUSTIN BLYTHE (sued herein as OFFICER BLYTHE, badge 36,

## UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ANTHONY MONTE,** **PHIL MONTE,** **PATRICIA MONTE,** Plaintiff(s), vs. **CITY OF LODI,** **LODI POLICE DEPARTMENT,** **OFFICER B. FREEMAN, badge 14** **OFFICER J. LADO, badge 101.** **OFFICER BLYTHE, badge 36,** **Does 1 through 25** Defendant(s). | No. 2:17-CV-00411-MCE-DB **STATEMENT OF GOOD CAUSE AND ORDER ON NOTICE OF SETTLEMENT [LOCAL RULE 160(b)]** |

---
Statement of Good Cause and Order on Notice of Settlement
**Page 1**

FOLLOWING MEET AND CONFER DISCUSSIONS ANTHONY MONTE, PHIL MONTE and PATRICIA MONTE HAVE AGREED TO SETTLE THIS CASE IN ITS ENTIRETY.

Pursuant to Local Rule 160(b), the parties request that the Court set a deadline of forty-nine (49) days, up to and including December 31, 2018 from the date of filing this notice for the parties to file the dispositional documents. This time is needed by the plaintiff to obtain necessary Release Agreement signatures and complete the paperwork necessary to finalize the settlement agreement.

Given the plaintiffs' attorney's trial scheduled and the plaintiffs' residency it will be difficult for counsel to personally meet with the plaintiffs to execute the operative Release Agreement until December 2018.

The parties request leave pursuant to Local Rule 160(b) to have until December 31, 2018 to file dispositional documents.

GOOD CAUSE APPEARING, the parties shall have until December 31, 2018 to file dispositional documents consistent with Local Rule 160(a).

IT IS SO ORDERED.

Dated: November 19, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE