UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| ANTHONY MONTE, et al., | No. 2:17-cv-00411-MCE-DB |
|---|---|
| Plaintiffs, | |
| v. | **ORDER** |
| CITY OF LODI, et al., | |
| Defendants. | |

Plaintiff's Motion to Dismiss (ECF No. 34) the remainder of this case with prejudice is GRANTED, and the Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: January 16, 2019

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

1